AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethi
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sykes, Diane S | U.S. Court of Appeals 7th Cir | 5/10/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active Status | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 371 U.S. Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | WI Department of Employee Trust Funds (retirement account), no control  — See Part VIII |
| 2. | |

FINANCIAL OFFICE DISCLOSURE
MAY 16 10:29 AM 05
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Wisconsin, Judicial Salary (gross) | $60,311.17 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | Lake Geneva, WI, October 8-9, presentation at conference (lodging and meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club, Chicago, Illinois | Federal Judicial Guest Privileges | See Part VIII |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date f Repen |
|---|---|
| Sykes, Diane S | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Midcap Equity Index Fund (via WI Def. Comp. Program) | C | Mkt.G/L, Int | K | T | | | | | |
| 2. T Rowe Price Mid Cap Gr (via WI Def. Comp. Program) | B | Mkt.G/L, Int | K | T | | | | | |
| 3. Fid Contrafund (via WI Def. Comp. Program) | B | Mkt.G/L, Int | K | T | | | | | |
| 4. Janus Fund (via WI Def. Comp. Program) | B | Mkt.G/L, Int | J | T | | | | | |
| 5. US Debt Index Fund | A | Interest | K | T | | | | | |
| 6. AllianceBerstein US Gov A | A | Interest | J | T | | | | | |
| 7. Northwestern Mutual, cash value life insurance | A | Dividend | | | Closed | 10/7 | J | B | |
| 8. WI Department of Employee Trust Funds, retirement account | | None | L | T | | | | | |
| 9. Interest, Ozaukee Bank | A | Interest | J | T | | | | | |
| 10. College Savings Plan #1 | A | Dividend | J | T | Opened | 11/29 | J | | |
| 11. - John Hancock Freedom 529 Mutual Fund | | | | | | | | | |
| 12. College Savings Plan #2 | A | Dividend | J | T | Open: | 11/29 | J | | |
| 13. - John Hancock Freedom 529 Mutual Fund | | | | | | | | | |
| 14. College Savings Plan #3 | A | Dividend | J | T | Opened | 11/29 | J | | |
| 15. - John Hancock Freedom 529 Mutual Fund | | | | | | | | | |
| 16. College Savings Plan #4 | A | Dividend | J | T | Opened | 11/29 | J | | |
| 17. - John Hancock Freedom 529 Mutual Fund | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sykes, Diane S | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

1) Part II. The agreement regarding the Wisconsin Department of Employee Trust Funds commenced in 1992, when Judge Sykes began employment as a Milwaukee County Circuit Judge. A date of 2003 was inadvertently listed on the Nomination report.

2) Part II. The agreement regarding the Wisconsin Deferred Compensation Program was inadvertently listed in this part and in Part VII of the Nomination report. This program is solely listed in Part VII of this report.

3) Part V. Item 1. The Union League Club of Chicago is a social and civic association with dining, lodging, and athletic facilities located adjacent to the federal complex in Chicago. The Club offers guest privileges to federal judges. The charge for these limited privileges is currently $720 a year (the yearly dues for full Club membership is $2520.00). Members of the federal judiciary who receive such Club privileges may not hold office, serve on committees, or be entitled to vote. Judicial officers with these guest privileges pay for food and athletic services on the same base as Club members.

4) Part VII. The trust previously listed as item 8 of the Nomination report was closed in 2003, and a final disbursement was made at that time. This trust is no longer reportable.

5) Part VII. The Bank One account previously listed as item 11 of the Nomination report was closed in 2001. A value for this account was inadvertently listed on the Nomination report in Box C.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date ___5/10/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544